Mary Jo O'Neill  AZ Bar No. 005924
P. David Lopez, DC Bar No. 426463
Lucila Rosas, CA Bar No. 187345
Diana Weaver, AZ Bar No. 021734
Equal Employment Opportunity Commission
3300 N. Central Ave., Suite 690
Phoenix, Arizona   85012
Telephone:  602-640-5016
Fax:  602-640-5009
Email:  Mary.Oneill@eeoc.gov
         Patrick.Lopez@eeoc.gov
         Lucila.Rosas@eeoc.gov
         Diana.Weaver@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH SPEED ENTERPRISE, INC., an Arizona corporation, doing business as Subway,<br><br>Defendant. | **CV**<br><br>**COMPLAINT**<br>**(JURY TRIAL DEMANDED)** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a against Defendant High Speed Enterprises, Inc., doing business as Subway ("Defendant" or "HSE"), to correct unlawful employment practices on the bases of sex and pregnancy and to provide appropriate relief to Belinda Murillo, who was adversely affected by such practices.   The Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Defendant failed to hire Belinda Murillo because of her sex and pregnancy.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706 (f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3); and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. Defendant High Speed Enterprises, Inc., an Arizona corporation, has continuously been doing business in the State of Arizona and has at all relevant times had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Charging Party Belinda Murillo filed a Charge of Discrimination with the Commission, alleging that Defendant violated Title VII. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least May 9, 2006, Defendant has engaged in unlawful employment practices at its Arizona facility in violation of Section 703 (a) of Title VII,

42 U.S.C. § 2000e-2(a), by discriminating against Belinda Murillo on the basis of her sex, female, by failing to hire Ms. Murillo because of her pregnancy.

8.  The effect of the practices complained of in paragraph 7 above has been to deprive Belinda Murillo of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex and pregnancy.

9.  The unlawful employment practices complained of in paragraphs 7 and 8 above were intentional.

10. The unlawful employment practices complained of in paragraphs 7 and 8 above were done with malice or with reckless indifference to the federally protected rights of Belinda Murillo.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the bases of sex or pregnancy.

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for female and pregnant applicants and employees and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Belinda Murillo by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement or front pay.

D.  Order Defendant to make whole Belinda Murillo by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7-8 above, including but not limited to costs incurred for obtaining subsequent employment, in amounts to be determined at trial.

E. Order Defendant to make whole Belinda Murillo by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described in paragraphs 7-8 above, including emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant to pay Emily Belinda Murillo punitive damages for its malicious conduct and/or reckless indifference described and referenced in paragraphs 7-10 above in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs in this action.

## JURY DEMAND

The Commission requests a trial by jury on all questions of fact raised by its complaint.

DATED this 30th day of September, 2008.

RONALD S. COOPER
General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

s/ Mary Jo O'Neill
MARY JO O'NEILL
Regional Attorney

s/P. David Lopez
P. DAVID LOPEZ
Supervisory Trial Attorney

s/ Diana Weaver
DIANA WEAVER

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

s/Lucila Rosas_____
LUCILA ROSAS
Trial Attorneys

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona  85012
(602) 640-5016
Attorneys for Plaintiff